184

## 24378.  FINCHER v. THE STATE.

GUERRY, J.  The defendant was indicted for manufacturing intoxicating liquor and for the possession of distilling apparatus.  The jury found him guilty of the last-named offense.  While the evidence as to his possession of the apparatus was meager and not entirely satisfactory, this court is unable to say that the verdict is not sufficiently supported by competent evidence.  We, therefore, must decline to interfere with it.

*Judgment affirmed.  Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 23, 1934.

*Walter Matthews,* for plaintiff in error.
*S. W. Ragsdale, solicitor-general,* contra.

## 24419.  DRUMPS v. THE STATE.

DECIDED NOVEMBER 23, 1934.

*Saffold & Sharpe,* for plaintiff in error.

GUERRY, J.  The defendant was convicted of the offense of malicious mischief in destroying certain signs.  The evidence was amply sufficient as to the destruction and the malice.  It is insisted in the brief of counsel for the defendant that the evidence did not show that the signs destroyed were on the land of the prosecutor and alleged owner.  No objection was made to testimony introduced with reference to the ownership of the signs, and there was no evidence that the land on which the signs in question were erected did not belong to the alleged owner.  Moreover, the accusation did not charge that the signs were on the prosecutor's land.  The evidence disclosed that the signs destroyed belonged to the person alleged in the accusation.  We are of the opinion that the court did not err in overruling the motion for a new trial based on the general grounds alone.

*Judgment affirmed.  Broyles, C. J., and MacIntyre, J., concur.*